IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA ORSINGHER HENSON                               PLAINTIFF

V.                          CASE NO. 5:20-CV-05099

JANE DOE NURSES; JOHN
DOE DEPUTIES; NURSE JESSE
PRINCE; and DEPUTY FOSTER                                DEFENDANTS

**OPINION AND ORDER**

Plaintiff Joshua O. Henson filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. At the time, Plaintiff was incarcerated in the Benton County Detention Center.

When he filed this case, Plaintiff was specifically advised (Doc. 3) that he was required to immediately inform the Court of any change of address. If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On July 27, 2020, and August 3, 2020, mail was returned to the Court (Docs. 10 & 11) as undeliverable with a notation that he was no longer incarcerated at the Benton County Detention Center. Plaintiff had until August 26, 2020, to provide the Court with his new address.

1

To date, Plaintiff has not provided a new address or contacted the Court in any way. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 28th day of August 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE